IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | No. 2:21-cv-02020-TLP-atc |
| ) v. ) ) | |
| FLOWBIRD URBAN INTELLIGENCE, U.S., d/b/a Parkeon, ) ) ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Plaintiff's Complaint filed on January 7, 2021.  (ECF No. 1.)  In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 8), and under Federal Rules of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.  Costs shall be taxed as paid.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

May 24, 2021
Date